ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                      Plaintiff,

      -against-

HECTOR M. RODRIGUEZ, Individually, and as officer, director, shareholder and/or principal of PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT,

and

PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT,

                      Defendants.
-----------------------------------------------------------------

**RULE 7.1 GENERAL RULES**
**SOUTHERN DISTRICT**

Civil Action No. 07-CV-6911

      PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

      There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated:  July 23, 2007
          Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: /s/Julie Cohen Lonstein
      JULIE COHEN LONSTEIN , ESQ.
      Attorney for Plaintiff
      Bar Roll No. JL8521
      LONSTEIN LAW OFFICE, P.C.
      Office and P.O. Address
      1 Terrace Hill : P.O. Box 351
      Ellenville, NY  12428
      Telephone:  (845) 647-8500
      Facsimile:   (845) 647-6277
      Email: Info@signallaw.com
      *Our File No. 07-4-S12V*