## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6911                                     Purchased/Filed: July 31, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc. as broadcast licensee of the May 5, 2007 DeLaHoya/Mayweather Program*     Plaintiff

against

*Hector M. Rodriguez, individually and as officer, director, shareholder and/or principal of Puerto Rican Natural Restaurant Inc., et al,*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

__Jessica Miller__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __August 17, 2007__, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

__Puerto Rican Natural Restaurant, Inc.__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

__21st__ day of __August, 2007__

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice·Work Order # SP0706909

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
              Plaintiff,
V.

HECTOR M. RODRIGUEZ, Individually, and as officer, director, shareholder and/or principal of PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT, and PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT,
              Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 6911**

**JUDGE STANTON**

TO: (Name and address of Defendant)

**PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT**
851 East Tremont Avenue
New York, New York 10040               Our File No. 07-4-S12V

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON               JUL 3 1 2007
CLERK               DATE

_Marcos Quintero_
(By) DEPUTY CLERK