**DISTRICT COURT OF THE UNITED STATES**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br>~ vs ~<br>HECTOR M. RODRIGUEZ, ET AL | Plaintiff (s)<br>Petitioner (s)<br><br>Defendant (s)<br>Respondent (s) |

Trans. #: 20071229
Date Filed: 07/31/2007
Docket/Index #: 07-CIV-6911
Witness Fee: $0.00
File: No    Court Date:
Client Ref #:
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

**STATE OF NEW YORK: COUNTY OF SUFFOLK   : SS:**

<u>William Morrison</u>, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>August 18, 2007</u> at <u>07:55 AM</u>, at <u>1968 MARIMION AVENUE, APT. 2C, BRONX NY 10460</u>
deponent served the within <u>SUMMONS AND COMPLAINT IN A CIVIL ACTION</u>
on **HECTOR M. RODRIGUEZ** defendant therein named.

**INDIVIDUAL** [X]
By personally delivering to and leaving with said HECTOR M. RODRIGUEZ a true copy thereof,
And that he knew the person so served mentioned and described in said SUMMONS AND COMPLAINT IN A CIVIL ACTION
Defendant was identified by self admission

**CORPORATION** [ ]
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** [ ]
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____ the said premise being the defendants / respondents      within the state of New York.

**AFFIXING TO DOOR, ETC.** [ ]
By affixing a true copy thereof to the door of the said premises, the same being the defendant's      within the State of New York.
DEPONENT SPOKE TO A MALE THRU DOOR WHO INDENTIFIED HIMSELF HAS HECTOR M. RODRIGUEZ HE REFUSED TO OPEN DOOR.

**MAILING** [ ]
Deponent completed service under the last two sections by depositing a true copy of the _____
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____ to the Above Address

**PREVIOUS ATTEMPTS** [ ]
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age _____ Approximate weight _____ Approximate height _____ Sex _____
Color of skin _____ Color of Hair _____ Other _____

[X] Deponent spoke with Person Served who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_____
William Morrison 870436

Sworn to before me this 08/27/2007

_____
**VINCENT J. GILLIS**
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, 2011

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9469

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
           Plaintiff,
V.

HECTOR M. RODRIGUEZ, Individually, and as officer, director, shareholder and/or principal of PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT, and PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT,
           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 6911

JUDGE STANTON

TO: (Name and address of Defendant)
HECTOR M. RODRIGUEZ, Individually, and as officer, director, shareholder and/or principal of PUERTO RICAN NATURAL RESTAURANT INC. d/b/a PUERTO RICAN NATURAL RESTAURANT
1968 Marmion Avenue
Apt. 2C
Bronx, New York  10460-6131        Our File No. 07-4-S12V

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON         JUL 3 1 2007
CLERK         DATE

(By) DEPUTY CLERK