ECF CASE
JUDGE STANTON

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                        Plaintiff

                                **CERTIFICATE OF SERVICE**
-against-                            Civil Action No. 07-CV-6911-LLS-GWG
                                HON. LOUIS L. STANTON

HECTOR M. RODRIGUEZ, Individually, and as
officer, director, shareholder and/or principal of
PUERTO RICAN NATURAL RESTAURANT INC.
d/b/a PUERTO RICAN NATURAL RESTAURANT,

and

PUERTO RICAN NATURAL RESTAURANT INC.
d/b/a PUERTO RICAN NATURAL RESTAURANT,
----------------------------------------------------------------

      The undersigned certifies that on the **4th**   day of September, 2007 your deponent served the following documents by regular mail:

                            Conference Order

upon the following:

Samuel Viruet, Esq.
191 E. 161st Street
Bronx, NY 10451

                                      /s/ Julie Cohen Lonstein
                                      Julie Cohen Lonstein, Esq.