```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,

                    Plaintiff,           07 Civ. 6911 (LLS)

    - against -                     ORDER

HECTOR M. RODRIGUEZ, individually,
and as officer, director, shareholder
and/or principal of PUERTO RICAN
NATURAL RESTAURANT INC. d/b/a PUERTO
RICAN NATURAL RESTAURANT,

and

PUERTO RICAN NATURAL RESTAURANT INC.
d/b/a PUERTO RICAN NATURAL RESTAURANT,

                    Defendants.
- - - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.


Dated:  New York, New York
        October 19, 2007

                                                            *Louis L. Stanton*
                                                     LOUIS L. STANTON
                                                       U. S. D. J.