**ORIGINAL**

ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                   Plaintiff,

-against-

HECTOR M. RODRIGUEZ, Individually, and as
officer, director, shareholder and/or principal of
PUERTO RICAN NATURAL RESTAURANT
INC. d/b/a PUERTO RICAN NATURAL
RESTAURANT,
and
PUERTO RICAN NATURAL RESTAURANT
INC. d/b/a PUERTO RICAN NATURAL
RESTAURANT,
                   Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

**NOTICE OF DISMISSAL**
Civil Action No. 07-CV-6911

     **PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.**, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: November 13, 2007
      Ellenville, New York

                                          J & J SPORTS PRODUCTIONS, INC.
                                          By: _____
                                          JULIE COHEN LONSTEIN, ESQ.
                                          Attorney for Plaintiff
                                          LONSTEIN LAW OFFICE, P.C.
                                          Office and P.O. Address
                                          1 Terrace Hill : P.O. Box 351
                                          Ellenville, NY 12428
                                          Telephone: (845) 647-8500
                                          Facsimile: (845) 647-6277
                                          *Our File No. 07-4-S12V*

SO ORDERED this 14 day of Nov, 2007

_____
**HON. LOUIS L. STANTON**
**UNITED STATES DISTRICT JUDGE**